[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
JUL 18 I A 10:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 16 2001
THOMAS K. KAHN
CLERK

FILED
JUL 18 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

No. 98-6598

D.C. Docket No. 96-01875-CV-D-N

MARTHA SANDOVAL, individually
and on behalf of all others similarly situated,

Plaintiff-Appellee,

versus

L. N. HAGAN, in his official
capacity as the Director of the
Alabama Department of Public Safety;
ALABAMA DEPARTMENT OF PUBLIC SAFETY,

Defendants-Appellants.

Appeal from the United States District Court
for the Middle District of Alabama

(July 16, 2001)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before HULL, MARCUS and RONEY, Circuit Judges.

PER CURIAM:

In light of the Supreme Court's decision in <u>Alexander v. Sandoval</u>, 121 S. Ct. 1511 (2001), reversing our prior opinion in this case, <u>Sandoval v. Hagan</u>, 197 F.3d 484 (11th Cir. 1999), the district court's decision, <u>Sandoval v. Hagan</u>, 7 F. Supp. 2d 1234 (M.D. Ala. 1998) is vacated, and the cause is remanded to the district court for dismissal in accordance with the Supreme Court's judgment.

**VACATED AND REMANDED.**

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit
By: _____
               Deputy Clerk
Atlanta, Ga.

JUL 1 6 2001