IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARTHA SANDOVAL, ETC.,           )
                                 )
    Plaintiff(s),                )
                                 )
vs.                              )     CIVIL ACTION 96-D-1875-N
                                 )
L. N. HAGAN, ET AL.,             )
                                 )
    Defendant(s).                )

F I L E D

AUG 7 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
MONTGOMERY, ALA.

### ORDER TO SHOW CAUSE

In CONSIDERATION of **Plaintiffs'** Motion to Alter or Amend Judgment, filed August 3, 2001, it is

ORDERED that **defendants** show cause, if any there be, no later than August 21, 2001 why said motion should not be granted. **Plaintiffs** may file a reply thereto on or before August 28, 2001.

DONE this the 7th day of August, 2001.

　　　　　　　　　　　　　　　　　　IRA DE MENT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

