RECEIVED
2001 AUG 21 P 5: 32
[CLERK]
U.S. DISTRICT
MIDDLE DISTRICT ALA

FILED
AUG 21 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
MONTGOMERY, ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA SANDOVAL, ETC., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>L.N. HAGAN, ET AL., )<br>)<br>Defendant(s). ) | CIVIL ACTION 96-D-1875-N |

## RESPONSE TO PLAINTIFFS' MOTION
## TO ALTER OR AMEND

Pursuant to this Court's Order of August 7, 2001 (No. 96), the Alabama Department of Public Safety and James Alexander, its Director and the successor in office to L. N. Hagan, submit this Response to Plaintiffs' second Motion to Alter or Amend.

In their Motion, Plaintiffs ask that their claim that the Department's practice of testing applicants for standard driver's licenses only in English violates the Equal Protection Clause because it discriminates on the basis of language be dismissed as moot. Without agreeing that distinctions on the basis of language violate the Equal Protection Clause or that there is any evidence of intentional discrimination, and without waiving the grounds stated in their Response to Plaintiffs' first Motion to Alter or Amend Judgment, the State Defendants do not object to the present motion. Plaintiffs' Motion resolves a case that is due to be concluded and reserves both parties' arguments for another day if necessary.

Because Plaintiffs suggest that any remaining claims are moot, the State Defendants suggest that those claims be dismissed as moot on the authority of *United State v. Munsingwear, Inc.*, 340 U.S. 36 (1950).



Respectfully submitted,

_____
John J. Park, Jr. (PAR041)
   Attorney for the Alabama Department
of Public Safety and James Alexander,
its Director.

OF COUNSEL:
Office of the Attorney General (Park)
11 South Union Street
Montgomery, Alabama 36130
(334)242-7401
(334)242-4891 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has this 21st day of August, 2001, been furnished by United States Mail to the following:

J. Richard Cohen
Rhonda Brownstein
Southern Poverty Law Center
Post Office Box 2087
Montgomery, AL 36102-2087

_____
OF COUNSEL