# United States Court of Appeals
## For the Eleventh Circuit

No. 98-6598

District Court Docket No.
96-01875-CV-D-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jul 16, 2001

THOMAS K. KAHN
CLERK

MARTHA SANDOVAL, individually
and on behalf of all other
similarly situated,

Plaintiff-Appellee,

versus

L. N. HAGAN, in his official
capacity as the Director of the
Alabama Department of Public Safety;
ALABAMA DEPARTMENT OF PUBLIC SAFETY,

Defendants-Appellants.

[FILED
AUG 1 6 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.]

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

Entered: July 16, 2001
For the Court: Thomas K. Kahn, Clerk
By: McCombs, Elaine

ISSUED AS MANDATE
AUG 1 5 2001
U.S. COURT OF APPEALS
ATLANTA, GA

RECEIVED

2001 AUG 16  A 11:07

HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 16 2001

THOMAS K. KAHN
CLERK

No. 98-6598

D.C. Docket No. 96-01875-CV-D-N

MARTHA SANDOVAL, individually
and on behalf of all others similarly situated,

                        Plaintiff-Appellee,

versus

L. N. HAGAN, in his official
capacity as the Director of the
Alabama Department of Public Safety;
ALABAMA DEPARTMENT OF PUBLIC SAFETY,

                        Defendants-Appellants.

Appeal from the United States District Court
for the Middle District of Alabama

(July 16, 2001)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before HULL, MARCUS and RONEY, Circuit Judges.

PER CURIAM:

In light of the Supreme Court's decision in <u>Alexander v. Sandoval</u>, 121 S. Ct. 1511 (2001), reversing our prior opinion in this case, <u>Sandoval v. Hagan</u>, 197 F.3d 484 (11th Cir. 1999), the district court's decision, <u>Sandoval v. Hagan</u>, 7 F. Supp. 2d 1234 (M.D. Ala. 1998) is vacated, and the cause is remanded to the district court for dismissal in accordance with the Supreme Court's judgment.

**VACATED AND REMANDED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: *[signature]*
Deputy Clerk
Atlanta, Georgia