```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

FILED
SEP 25 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
MONTGOMERY, ALA.

| | | |
|---|---|---|
| MARTHA SANDOVAL, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION 96-D-1875-N |
| JAMES ALEXANDER, in his official capacity as the Director of Public Safety; ALABAMA DEPARTMENT OF PUBLIC SAFETY, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is Plaintiffs' Motion To Alter Or Amend Judgment ("Motion"), filed August 3, 2001. Defendants do not oppose the Motion. For good cause shown, it is CONSIDERED and ORDERED that Plaintiffs' Motion be and the same is hereby GRANTED. Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the court's Order entered in this case on July 20, 2001, be and the same is hereby AMENDED to add the following: Plaintiffs' Fourteenth Amendment Equal Protection claim be and the same is hereby DISMISSED AS MOOT. The court's July 20, 2001 Order shall otherwise remain in full force and effect.[1]

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, the court has automatically substituted James Alexander as L. N. Hagan's successor.



DONE this the 25TH day of September, 2001.

                                         /s/ Ira DeMent
                                      UNITED STATES DISTRICT JUDGE